# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL HEBERLIE and<br>TAMMY BENING, Personal Representative<br>of the Estate of Pauline Heberlie,<br><br>      Plaintiffs,<br><br>  v.<br><br>MICHAEL COON and SCOTT LAHAY,<br><br>      Defendants. | No. 4:06-CV-781 CAS |

## ORDER APPROVING APPORTIONMENT
## OF WRONGFUL DEATH SETTLEMENT

This matter came before the Court for hearing on March 12, 2007, on the issue of the apportionment of wrongful death proceeds pursuant to Section 537.095, Mo. Rev. Stat. (2000). The principal sum of Six Hundred Thousand Dollars ($600,000.00) was initially deposited in the Court Registry on February 15, 2007 and placed in an interest-bearing account, following the Court's Order and Judgment Under Section 537.095 R.S.Mo. (2000) Approving Wrongful Death Settlement and for Collection of Proceeds. [Doc. 24] The Court now approves the settlement announced by the parties in open court concerning distribution of the wrongful death proceeds, will grant the parties' motion for approval of apportionment of wrongful death proceeds, and will order the Clerk of the Court to disburse the same from the Court Registry.

Pursuant to the settlement, the Court acknowledges plaintiff Michael Heberlie's waiver of any entitlement to the proceeds payable to plaintiff Tammy Bening, Personal Representative of the Estate of Pauline Heberlie, and finds that Michael Heberlie has no entitlement to these proceeds.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' motion for approval of apportionment of wrongful death proceeds is **GRANTED**.  [Doc. 31]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall disburse the sum of Two Hundred Seventy Thousand Dollars ($270,000.00) from the Court Registry, together with fifty percent (50%) of the total accrued interest, payable to:

> Michael Heberlie
> 1307 West North Street
> Perryville, Missouri 63775

**IT IS FURTHER ORDERED** that the Clerk of the Court shall disburse the sum of One Hundred Three Thousand Three Hundred Thirty-Three Dollars and Thirty-Four Cents ($103,333.34) from the Court Registry, together with fifty percent (50%) of the total accrued interest, payable to:

> Tammy Bening, Personal Representative
>   of the Estate of Pauline Heberlie
> 2615 Wedgewood Drive
> Jackson, Missouri 63755

**IT IS FURTHER ORDERED** that the Clerk of the Court shall disburse the sum of Forty-Six Thousand Six Hundred Sixty-Six Dollars and Sixty-Six Cents ($46,666.66) from the Court Registry, payable to:

> Sauter Sullivan LLC
> 3415 Hampton Avenue
> St. Louis, Missouri 63139

**IT IS FINALLY ORDERED** that the Clerk of the Court shall disburse the sum of One Hundred Eighty Thousand Dollars ($180,000.00) from the Court Registry, payable to:

> Malcolm H. Montgomery
> 118 Themis
> Cape Girardeau, Missouri 63701

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　**CHARLES A. SHAW**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Dated this   19th   day of March, 2007.